FILED
2017 Nov-22 PM 03:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

EEOC Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented to: | Agency(ies) Charge No(s): |
|---|---|
| ___ FEPA | 420-2017-00248 |
| X EEOC | |

_____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr. Ms. Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Douglas K. Warren | (256) 378-5611 | 10/19/1983 |

| Street Address | City, State and ZIP Code |
|---|---|
| 3 River Run Circle | Childersburg, Alabama 35046 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Coosa County Board of Education | 100 or more | (256) 377-4913 |

| Street Address | City, State and ZIP Code |
|---|---|
| 73 Nixburg Road | Rockford, Alabama 35136 |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

__ RACE  __ COLOR  _X_ SEX  __ RELIGION  __ NATIONAL ORIGIN

__ RETALIATION  __ AGE  __ DISABILITY  __ OTHER *(Specify below.)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest        Latest
5/12/2016 – 5/25/2016

__ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attached extra sheet(s))*:

See Exhibit "A" attached hereto and incorporated herein by reference.

RECEIVED
OCT 26 2016
E.E.O.C.
BIRMINGHAM DISTRICT

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLANANT |
| 10/25/16   *(signature)*<br>Date        *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

EXHIBIT A

Douglas K. Warren, Charging Party
DOB ██/██/1983
Page Two

00248

RECEIVED
OCT 26 2016
E.E.O.C.
BIRMINGHAM DISTRICT

## EXHIBIT A

I am a Caucasian male, and my date of birth is ██████ ██, 1983. I was hired by Coosa County Board of Education, Respondent herein, on August 22, 2015 in the position of Special Education Teacher.

I had earned a bachelor's degree in education from Jacksonville State University and prior to being hired by Coosa County Board of Education, I had worked as a history teacher.

I was hired by Respondent into a special education position at Coosa Central High School on an alternative certification and I was advised by Respondent to enroll in graduate school no later than January 1, 2016 in order to start on the completion of a masters' degree in special education.

At my own expense, I enrolled in and took courses based on the good faith belief that I would continue to be employed in such capacity. In March of 2016, I was issued an Alternative Certificate in Special Education serving grades 9 through 12.

On April 20, 2016, I was advised that I was being non-renewed for employment effective at the end of the current school year, and that the basis of the non-renewal was without cause. At that time, I spoke with Ms. Wilson, Special Education Coordinator, regarding that notice, and Ms. Wilson confirmed to me that the decision to non-renew "was not a performance based decision."

On or about May 3, 2016, Principal Bouldin and Superintendent Sanford met with me to discuss a conversation between me and Principal Bouldin that had taken place in March of 2016. Within that conversation, Principal Bouldin shared with me the difficulties that his son was having taking standardized tests. I shared with him that while I was in college I had difficulties with those kinds of tests, as well, and that I had such difficulties in college while taking the Praxis exam, that I had thought about taking the test out of the testing room at the time (that exam occurred seven or more years prior to this conversation). I shared with him that I did not do so, but that such had entered my mind because of the difficulty of taking this standardized test. The purpose of that statement was simply to empathize with him about his son's difficulties.

In the course of the meeting with Superintendent Sanford, I explained to him what had been stated in the conversation with Principal Bouldin. I confirmed with him what I had stated and that I had not ever said that I had in fact taken any test out of the room. In fact, each time that I

**Douglas K. Warren, Charging Party**
DOB: ██/██/1983
Page Three

RECEIVED OCT 26 2016 E.E.O.C. BIRMINGHAM DISTRICT

took the test, I received a score, thus establishing that I could not possibly have done so. Those testing processes are very tightly controlled and thus it would have been impossible to do so.

Superintendent Sanford, notwithstanding his knowledge of the facts, then gave me notice that I was relieved from coaching responsibilities. Then, on May 12, 2016, I was expelled from the premises by Respondent, and Respondent had a policeman escort me from the school, and I was placed me on administrative leave until the end of the school year.

On May 12, 2016, I received notice that Respondent had reported "misconduct" to the Alabama State Department of Education, and such "notice of misconduct" appeared on my TCERT portal.

Respondent had made the report, knowing that I was guilty of no such misconduct and knowing that the circumstances pertaining to the purported misconduct had occurred more than seven years earlier and been specifically denied by me. Despite such knowledge, Respondent nonetheless reported that incident to the state Department of Education.

Finally, on or about September 30, 2016, the notice of misconduct was cleared from my TCERT portal.

In the interim, however, despite diligence, I was unable to be hired by any other school systems. I made several applications, but with the negative connotation on my TCERT portal, I was unable to be hired. Such adverse notice on my TCERT portal caused me not to be hired at the prime hiring season for teachers.

In April of 2016, allegations of serious misconduct were brought to the attention of administration against a female teacher. Those allegations of misconduct concerned current allegations, that were supported by several witnesses, and that were publicly brought to the attention of administration of Respondent. Nonetheless, Respondent did not report allegations against that female teacher to the state Department of Education. Further, unlike Respondent's treatment of me, the female teacher was not expelled from the premises, nor was she given administrative leave.

In addition, after my termination, on or about August or September of 2016, Respondent replaced my position with a female teacher.

Given the foregoing, I believe that I have been discriminated against in the terms and conditions of my employment and in my termination from employment on account of my sex, male, in violation of Title VII of the Civil Rights Act of 1964, as amended.